# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE JOAN M. AZRACK**     **DATE :** 1/24 /11

**DOCKET NUMBER: 11 M 65**     **LOG # :** ~~3:45~~ 3:49 - 3:51

**DEFENDANT'S NAME :** MISAKI OKANO
    ✓ Present     ___ Not Present     ✓ Custody     ___ Bail

**DEFENSE COUNSEL :** MICHAEL WEIL
    ✓ Federal Defender     ___ CJA     ___ Retained

**A.U.S.A:** Michael Canty     **DEPUTY CLERK :** SM YUEN

**INTERPRETER :** Paul Gribetz (Language) Japanese

___ Hearing held.     ___ Hearing adjourned to_____

___ Defendant was released on_____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop___

___ Order of Speedy Trial entered. Code Type___ Start___ Stop___

___ Defendant's first appearance. ✓ Defendant arraigned on the ~~indictment~~ complaint with the assistance of a Japanese int.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** Deft waived preliminary hearing.