

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ FEB 23 2011 ★
BROOKLYN OFFICE

F# 2011R00200

225 Cadman Plaze East
Brooklyn, New York 11201

February 22, 2011

Mr. Misaki Okano

        Re: U.S. vs. Misaki Okano
        <u>Criminal Docket No. CR-11-0126</u>

Dear Mr. Okano:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Thursday, the 3rd day of March, 2011 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

                              Very truly yours,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                       By: Grand Jury Coordinator (RG)

CC: Hon. Sterling Johnson (Mag. Azrack will accept the plea.)

    Una A. Dean
    Assistant U.S. Attorney

    Michael Weil, Esq.

    Pretrial Services Officer